**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 1:24-cv-24201-FAM**

**RAYMOND T. MAHLBERG,**

**Plaintiff,**

**v.**

**GENUINE PARTS COMPANY,**

**D/B/A NAPA AUTO PARTS.,**

**Defendant.**

________________________________/

**NOTICE OF SETTLEMENT**

Plaintiff **Raymond T. Mahlberg**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Stipulation of Dismissal will be filed within sixty (60) days.

Dated this 10th day of February 2025.

By: __*/s/ Acacia Barros*___
Acacia Barros, Esq.
Fla. Bar No. 106277
**ACACIA BARROS, P.A.**
11120 N Kendall Dr., Suite 201
Miami, Florida 33176
Telephone: 305-639-8381
ab@barroswlawfirm.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February 2025 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email.

*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.