UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 24-24201-CIV-MORENO**

RAYMOND T. MAHLBERG,

Plaintiff,

vs.

GENUINE PARTS COMPANY,
D/B/A NAPA AUTO PARTS,

Defendant.

______________________________________/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

On February 10, 2025, Plaintiff filed a notice indicating that the parties reached a provisional settlement agreement. *See* D.E. 10. Plaintiff also advised "that a Stipulation of Dismissal will be filed within sixty (60) days" of the date of the notice. No stipulation has been filed, and Plaintiff's self-imposed deadline has passed by more than 60 additional days. Accordingly, it is

**ADJUDGED** that this cause is **DISMISSED** without prejudice. The Clerk is directed to close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th of June 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record